No. 04-99-00879-CV



Billy ATKINS, Director,


Charitable Bingo Division, Texas Lottery Commission, 

Appellant



v.



DOUGLAS PRESS, INC., K&B Sales, Inc.,


and LULAC Counsel No. 4423,

Appellees



From 57th Judicial District Court, Bexar County, Texas


Trial Court No. 99-CI-12397


Honorable Janet Littlejohn, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: March 29, 2000 


JOINT MOTION TO DISMISS APPEAL GRANTED; APPEAL DISMISSED


 The parties filed a joint motion to dismiss this appeal, indicating the parties have
reached a settlement. We grant the motion and dismiss the appeal. See Tex. R. App. P.
42.1(a)(2). Costs of appeal are to be paid by the party incurring same.

 PER CURIAM

DO NOT PUBLISH